IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Thigpen, Diane | Case Number: 05 B 49523 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 03/10/09 | Filed: 10/12/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  June 2, 2008
Confirmed:  December 5, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,624.40 | |
| Secured: | | 0.00 |
| Unsecured: | | 4,727.08 |
| Priority: | | 0.00 |
| Administrative: | | 2,410.00 |
| Trustee Fee: | | 400.98 |
| Other Funds: | | 86.34 |
| Totals: | 7,624.40 | 7,624.40 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Adams & Associates | Administrative | 2,410.00 | 2,410.00 |
| 2. | Melvin J Kaplan Esq | Unsecured | 467.00 | 470.03 |
| 3. | City Of Chicago Dept Of Revenue | Unsecured | 189.10 | 180.08 |
| 4. | Comcast Cablevision | Unsecured | 340.07 | 341.95 |
| 5. | Commonwealth Edison | Unsecured | 143.59 | 140.58 |
| 6. | Consumer Portfolio Services | Unsecured | 948.77 | 954.43 |
| 7. | Consumer Portfolio Services | Unsecured | 220.32 | 209.78 |
| 8. | Capital One | Unsecured | 176.10 | 172.44 |
| 9. | Municipal Collection Services | Unsecured | 99.00 | 86.27 |
| 10. | Educational Credit Management Corp | Unsecured | 1,701.15 | 1,711.30 |
| 11. | Asset Acceptance | Unsecured | 70.35 | 68.90 |
| 12. | Asset Acceptance | Unsecured | 107.83 | 93.97 |
| 13. | Timothy K Liou | Unsecured | 216.95 | 0.00 |
| 14. | Seventh Avenue | Unsecured | 50.51 | 44.01 |
| 15. | Nicor Gas | Unsecured | 266.05 | 253.34 |
| 16. | Robert J Adams & Associates | Priority | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | AFNI | Unsecured | | No Claim Filed |
| 19. | Kmart Corp | Unsecured | | No Claim Filed |
| 20. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 21. | Illinois Dept Of Human Services | Unsecured | | No Claim Filed |
| 22. | Credit Protection Association | Unsecured | | No Claim Filed |
| 23. | AB Scissor | Unsecured | | No Claim Filed |
| 24. | Credit Protection Association | Unsecured | | No Claim Filed |
| 25. | HSN Credit Dept | Unsecured | | No Claim Filed |
| 26. | I C Systems Inc | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Thigpen, Diane

Printed: 03/10/09

Case Number:  05 B 49523
Judge:  Hollis, Pamela S
Filed:  10/12/05

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Goldman & Grant | Unsecured | | No Claim Filed |
| 28. LA Weightloss | Unsecured | | No Claim Filed |
| 29. Loan Servicing Center | Unsecured | | No Claim Filed |
| 30. Nationwide Credit Service | Unsecured | | No Claim Filed |
| 31. Nicor Gas | Unsecured | | No Claim Filed |
| 32. Peoples Energy Corp | Unsecured | | No Claim Filed |
| 33. Peoples Energy Corp | Unsecured | | No Claim Filed |
| 34. Peoples Energy Corp | Unsecured | | No Claim Filed |
| 35. PRT | Unsecured | | No Claim Filed |
| 36. Providian | Unsecured | | No Claim Filed |
| 37. Wexler & Wexler | Unsecured | | No Claim Filed |
| 38. Ten Minute Loan | Unsecured | | No Claim Filed |
| 39. City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 40. Linebarger Goggan Blair & Simpson | Unsecured | | No Claim Filed |
| | | $ 7,406.79 | $ 7,137.08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 60.09 |
| 5% | 23.29 |
| 4.8% | 44.62 |
| 5.4% | 271.09 |
| 6.5% | 1.89 |
| | $ 400.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*